Taormina, Appellant, *v.* Catanese.

Argued April 30, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*A. Benjamin Scirica,* for appellant.

*Bernard V. DiGiacomo,* with him *Fox, Differ & DiGiacomo,* for appellee.

OPINION PER CURIAM, May 28, 1969:
Decree affirmed.